FILED
DEC 28 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE APPLICATION OF THE )<br>UNITED STATES OF AMERICA FOR )<br>AN ORDER PURSUANT TO )<br>18 U.S.C. § 3512 )<br>)<br>Request from the Republic of Poland for Assistance )<br>in a Criminal Matter: Bank Polska Kasa Opieki )<br>Spolka Akcyjna )<br>)<br>) | Case: 1:16-mc-02601<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 12/28/2016<br>Description: Misc. |

## ORDER

Upon application of the United States seeking an order, pursuant to 18 U.S.C. § 3512, appointing Patricia L. Petty, Senior Trial Attorney, Office of International Affairs, Criminal Division, U.S. Department of Justice (or a substitute or successor subsequently designated by the Office of International Affairs), as a commissioner to execute the above-captioned request from the Republic of Poland (the "Request") by collecting evidence for use in a criminal investigation, prosecution, or proceeding in the Republic of Poland ("Poland"), and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by 18 U.S.C. § 3512, that Patricia L. Petty (or a substitute or successor designated by the Office of International Affairs) is appointed as a commissioner of this Court (the commissioner) and hereby directed to execute the Request and to take such steps as are necessary to collect the evidence requested. In doing so, the commissioner:

(N)

1. may issue commissioner subpoenas to be served at any place within the United States on persons (natural and legal) ordering them or their representatives to appear and to testify and/or produce evidence located within the United States;

2. shall adopt procedures to collect the evidence requested consistent with its use in the investigation, prosecution, or proceeding in Poland for which the Prosecutor General's Office of Poland, now known as the National Prosecutor's Office of Poland, requested assistance, which may be specified in the Request or provided by, or with the approval of, the National Prosecutor's Office of Poland;

3. may, in collecting the evidence requested, be accompanied by persons whose presence or participation is authorized by the commissioner, including, without limitation, special agents of the Federal Bureau of Investigation and/or representatives of Poland who, as authorized or directed by the commissioner, may direct questions to any witness;

4. may seek such further orders of this Court as may be necessary to execute this Request, including orders to show cause why persons served with commissioner subpoenas who fail to appear and/or produce evidence should not be held in contempt, and protective orders to regulate the use of the evidence collected; and,

5. shall certify and transmit the evidence collected to Poland.

Date: 12/28/16

UNITED STATES MAGISTRATE JUDGE